**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Hon. Angelo Joseph Piazza, III          Deanna Gaspard
Attorney at Law                         Avoyelles Women's Corr Ctr (# 556709)
P. O. Box 429                           P. O. Box 340    (Dorm 4)
Marksville LA 71351                      Cottonport LA 71327


**REHEARING ACTION: December 15, 2010**


**Docket Number: 09   01518-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DEANNA GASPARD**

**Appealed from Avoyelles Parish Case No. 146495**


**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. J. David Painter**
    **Hon. David Ellis Chatelain**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Deanna Gaspard** has this day been

    **DENIED.**


cc: Hon. Charles A. Riddle  III, Counsel for the Appellee
    Andrea D. Aymond, Counsel for the Appellee